UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Corstiaan Aaron Van Zyverden,   File No. 19-cv-948 (ECT/LIB)

    Plaintiff,

v.   **ORDER**

R. Marques,

    Defendant.

---

The Court has received the January 8, 2020 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. ECF No. 9. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 9] is **ACCEPTED**; and
2. Plaintiff's Writ of Habeas Corpus [ECF No. 1] is **DENIED AS MOOT**.


Dated: January 28, 2020        s/ Eric C. Tostrud
                                                  Eric C. Tostrud
                                                  United States District Court